COMPAÑÍA AZUCARERA DE CAROLINA, APPELLANT, *v.* THE REGISTRAR OF PROPERTY, RESPONDENT.

APPEAL from a decision of the Registrar of Property of San Juan, Section 2.

No. 124.—Decided February 27, 1913.

Judgment reversed on the grounds of the opinion delivered in Case No. 123, *Compañía Azucarera de Carolina* v. *The Registrar of Property,* decided February 27, 1913, and, furthermore, because the land was acquired in settlement of a debt.

*Messrs. Bosch & Soto* for appellant.
The registrar did not appear.

MR. JUSTICE WOLF delivered the opinion of the court.

In this case the reasoning just rendered in the case 123 is applicable. Moreover it here appears that the land was ac-

quired for the payment of a debt which brings the case specifically within the exception set forth in the Organic Act.

For these reasons the note of the registrar must be reversed.

*Reversed.*

Chief Justice Hernández and Justices MacLeary, del Toro and Aldrey concurred.